IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

QUINTON SMITH     2    60CV-10-1662          PLAINTIFFS

VS.

CITY OF LITTLE ROCK; LITTLE ROCK        Filed 03/25/10 15:02:13
PUBLIC WORKS DEPARTMENT; STEVE BECK,    Pat O'Brien Pulaski Circuit Clerk
DIRECTOR PUBLIC WORKS; LITTLE ROCK       By CR12
WASTEWATER; LITTLE ROCK SANITARY
SEWER COMMITTEE; and REGGIE A. CORBITT      DEFENDANTS

## COMPLAINT
### (WITH DISCOVERY ATTACHED)

Comes now the Plaintiff, Quinton Smith, by and through her attorneys, James, Carter & Coulter, PLC, and for her Complaint states:

1. Quinton Smith ("Smith") is a resident of Pulaski County, Arkansas.

2. Defendant City of Little Rock ("Little Rock") is a municipal corporation organized and existing under the laws of the State of Arkansas pursuant to Ark. Code Ann. § 14-38-101 et seq.

3. The Little Rock Public Works Department ("LRPW") is a municipal department of the City of Little Rock.

4. Defendant Steve Beck ("Beck") is an individual serving as the Director of Public Works.

5. Defendant Little Rock Wastewater ("LRW") is an entity operating under the City of Little Rock.

6. The Little Rock Sanitary Sewer Committee ("LRSSC") is the governing body of the LRW.

1

7. Defendant Reggie A. Corbitt ("Corbitt") is the Chief Executive Officer of LRW and the LRSSC.

8. This court has jurisdiction over the subject matter of this case.

9. This court has personal jurisdiction of the parties in this case.

10. Venue is proper in this court.

11. Smith purchased the property located at 2000 Beechwood, Little Rock, Arkansas ("Property") on April 3, 1992 and resided in the home located at the Property until July 5, 2009.

12. A public storm water drainage ditch which serves as surface water drainage for the surrounding areas for 117 acres is situated in a 10 foot wide dedicated public alley that connects with a box culvert on the north end of the Property and extends to the south end of the Property.

13. The south end of the box culvert extends to and through the public street right of way at the intersection of Beechwood and Club Road.

14. Little Rock allowed LRW to install an exposed eight inch sewer line to replace the original sewer line that was embedded in the floor of the box culvert. The sewer main served the upstream public sewage disposal needs and Defendants provided routine maintenance on the pipe and box culvert.

15. The installation of the exposed eight inch sewer line became an obstruction causing debris to become lodged in the open box culvert. It also constituted a restriction to the previous unencumbered flow of water through the open box culvert which caused repeated surcharging and recurring damage to the box culvert.

16. From its original construction through the present time, the volume of water flowing through the open box culvert has also significantly increased.

17. The Defendants were repeatedly notified that the exposed sewer line restricted and obstructed the flow of storm water and was causing recurring damage to the box culvert.

18. Defendants recently constructed a new box culvert over the south end of the existing culvert that further restricted the flow of water through the box culvert across the Property and reduced the capacity of the box culvert across the Property.

19. Defendants acknowledged the ongoing damage and the necessity for repairs, nonetheless, intentionally and recklessly disregarded Smith's Property rights and deliberately ignored the ongoing damage despite repeated warnings regarding the ongoing damage.

20. In response to complaints by Plaintiffs and other surrounding property owners, the Defendants acknowledged that the public funds were not readily available but, represented that the project would be placed on infrastructure needs list. Defendants LRW and Defendants Little Rock also acknowledged that they needed to address the ongoing defects in the system.

21. Plaintiff reasonably and detrimentally relied upon Defendants representations and assurances that the Defendants would address the issue caused by the increased water flow and exposed sewer line.

22. During a rain event on July 5, 2009, the ongoing damage which was caused by the increased public water flow and the exposed public sewer line and the restrictions

caused by the new sewer box caused the open box culvert to collapse and destroy the subjacent support to Smith's residence causing a total loss to her residence.

23. The Defendants had actual knowledge of the continuing public nuisance on Smith's Property. Defendants knew and were substantially certain that their conduct and omissions in regard to the ongoing damage would cause the subjacent support to collapse.

24. The foregoing acts constitute an intentional taking of Smith's Property for public use without compensation and without proceedings required by due process of law resulting in an inverse condemnation of Smith's Property.

25. Damages to Smith's Property are ongoing resulting in irreparable ongoing damages to Smith's Property.

26. The foregoing actions and omissions by Defendants constitute a taking and deliberate indifference to Smith's U.S. Const. Amends. 5th and 14th rights; Ark. Const. Art. 2 § 22 rights and Arkansas common law. Smith is entitled to damages and attorneys fees pursuant to 42 U.S.C. § 1983, et seq.; Arkansas common law; Ark. Code Ann. § 16-123-101, et seq.; and Ark. Code Ann. § 18-15-102.

27. As a proximate cause of Defendants foregoing actions and omissions, Plaintiff has been damaged.

28. In the alternative, in the event monetary damages against Defendants Little Rock and LRW are unavailable, Smith has no adequate remedy at law and seeks a mandatory injunction against Defendants Little Rock Department of Public Works, LRW, and LRSCC and individually against Defendants Beck and Corbitt.

29. Plaintiff reserves the right to amend this Complaint as discovery progresses.

30. Plaintiff requests a jury trial.

WHEREFORE, Plaintiff prays that she have and recover judgment against Defendants sufficient to compensate her for her damages, attorneys fees, costs and all other relief to which she may be entitled.

                Respectfully submitted,

                QUINTON SMITH, Plaintiff

                By: _____
                Paul J. James (Ark. Bar No. 83091)
                James, Carter & Coulter, PLC
                500 Broadway, Suite 400
                Little Rock, Arkansas 72201
                (501) 372-1414
                (501) 372-1659 (Fax)
                pjj@jamescarterlaw.com

                Attorneys for Plaintiff

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**

Regarding          <u>QUINTON SMITH V CITY OF LITTLE ROCK</u>
Plaintiff's Attorney   <u>PAUL JOSEPH   JAMES</u>
Case number        <u>60CV-10-1662</u>

<u>SUMMONS</u>

Plaintiff's Attorney: PAUL JOSEPH   JAMES
The State of Arkansas to Defendant:
<u>REGGIE A CORBITT ,</u>
<u>17 BENT TREE DRIVE</u>
<u>LITTLE ROCK, AR 72212</u>:

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.
2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:
    A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure;
    B. It must be filed in the court clerk's office within _20_ days from the day you were served.
    C. A copy of your response must be delivered or mailed with sufficient postage to the plaintiff's attorney or to the plaintiff.
3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.
4. Additional notices:

Witness my hand and seal of said court dated 25-MAR-2010.
PAT O'BRIEN, CIRCUIT CLERK          By: _____, DC
CIRCUIT COURT OF PULASKI COUNTY

401 W MARKHAM

LITTLE ROCK, AR 72201



MAR 26 2010

## SHERIFF'S RETURN

STATE OF ARKANSAS   (COUNTY OF PULASKI)
On this ____day of_____, 20___ at _____o'clock __am/pm, I have duly served the summons by delivering a copy thereof (or stating the substance thereof), together with a copy of the complaint, to _____ such person being:

CHECK APPLICABLE SQUARE:
- ☐ the person named therein as defendant
- ☐ some person residing at defendant's dwelling house or usual place of abode who is at least fourteen (14) years of age, namely:_____
- ☐ the duly authorized agent for service of process for the defendant, namely:_____.
- ☐ OTHER:_____

_____
Officer

Return filed this _____day of_____, _____

PAT O'BRIEN, CIRCUIT CLERK

By: _____D.C.

MAR 26 2010

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

Regarding          QUINTON SMITH V CITY OF LITTLE ROCK
Plaintiff's Attorney   PAUL JOSEPH   JAMES
Case number        60CV-10-1662

SUMMONS

Plaintiff's Attorney:  PAUL JOSEPH   JAMES
The State of Arkansas to Defendant:
        LITTLE ROCK SANITARY ,

1. You are hereby notified that a lawsuit has been filed against you;
   the relief asked is stated in the attached complaint.
2. The attached complaint will be considered admitted by you and a
   judgment by default may be entered against you for the relief asked
   in the complaint unless you file a pleading and thereafter appear
   and present your defense. Your pleading or answer must meet the
   following requirements:
     A. It must be in writing, and otherwise comply with the Arkansas
        Rules of Civil Procedure;
     B. It must be filed in the court clerk's office within _20_ days
        from the day you were served.
     C. A copy of your response must be delivered or mailed with
        sufficient postage to the plaintiff's attorney or to the
        plaintiff.
3. If you desire to be represented by an attorney you should
   immediately contact your attorney so that an answer can be filed for
   you within the time allowed.
4. Additional notices:


Witness my hand and seal of said court dated 25-MAR-2010.
PAT O'BRIEN,  CIRCUIT CLERK           By: _____, DC
CIRCUIT COURT OF PULASKI COUNTY

401 W MARKHAM

LITTLE ROCK, AR 72201



## SHERIFF'S RETURN

STATE OF ARKANSAS   (COUNTY OF PULASKI)
On this ____day of_____, 20___ at _____o'clock __am/pm, I have duly served the summons by delivering a copy thereof (or stating the substance thereof), together with a copy of the complaint, to _____ such person being:

CHECK APPLICABLE SQUARE:
- ☐ the person named therein as defendant
- ☐ some person residing at defendant's dwelling house or usual place of abode who is at least fourteen (14) years of age, namely:_____
- ☐ the duly authorized agent for service of process for the defendant, namely:_____.
- ☐ OTHER:_____

_____
Officer

Return filed this _____day of_____, _____

PAT O'BRIEN, CIRCUIT CLERK

By: _____D.C.

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

Regarding            QUINTON SMITH V CITY OF LITTLE ROCK
Plaintiff's Attorney  PAUL JOSEPH JAMES
Case number          60CV-10-1662

## SUMMONS

Plaintiff's Attorney: PAUL JOSEPH JAMES
The State of Arkansas to Defendant:
    LITTLE ROCK WASTEWATER ,

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.
2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:
    A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure;
    B. It must be filed in the court clerk's office within _20_ days from the day you were served.
    C. A copy of your response must be delivered or mailed with sufficient postage to the plaintiff's attorney or to the plaintiff.
3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.
4. Additional notices:


Witness my hand and seal of said court dated 25-MAR-2010.
PAT O'BRIEN, CIRCUIT CLERK        By: _____, DC
CIRCUIT COURT OF PULASKI COUNTY

401 W MARKHAM

LITTLE ROCK, AR 72201

MAR 2 6 2010

## SHERIFF'S RETURN

STATE OF ARKANSAS   (COUNTY OF PULASKI)
On this ____day of_____, 20___ at _____o'clock ___am/pm, I have duly served the summons by delivering a copy thereof (or stating the substance thereof), together with a copy of the complaint, to _____ such person being:
CHECK APPLICABLE SQUARE:
- ☐ the person named therein as defendant
- ☐ some person residing at defendant's dwelling house or usual place of abode who is at least fourteen (14) years of age, namely:_____
- ☐ the duly authorized agent for service of process for the defendant, namely:_____.
- ☐ OTHER:_____

_____
Officer


Return filed this _____day of_____, _____

PAT O'BRIEN, CIRCUIT CLERK

By: _____D.C.